THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE YELLOW PINE COMPANY, Appellant, *v.* EDWARD P. BARKER et al., Commissioners of Taxes, etc., of the City of New York, Respondents.

*People ex rel. Yellow Pine Co.* v. *Barker,* 23 App. Div. 524, affirmed. (Argued March 2, 1898 ; decided March 22, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1897, affirming an order of Special Term dismissing a writ of certiorari to review an assessment.

*John B. Green* for appellant.

*James M. Ward* for respondents.

Order affirmed, with costs, on prevailing opinion of PATTERSON, J., below.

All concur, except GRAY, J., absent, and O'BRIEN, J., not voting.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HENRY McSHANE MANUFACTURING COMPANY OF BALTIMORE CITY, Appellant, *v.* EDWARD P. BARKER et al., Commissioners of Taxes, etc., of the City of New York, Respondents.

*People ex rel. McShane Mfg. Co.,* v. *Barker,* 23 App. Div. 530, affirmed. (Argued March 2, 1898 ; decided March 22, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1897, affirming an order of Special Term dismissing a writ of certiorari to review an assessment.

*John B. Green* for appellant.

*James M. Ward* for respondents.

Order affirmed, with costs ; no opinion.

All concur, except GRAY, J., absent, and O'BRIEN, J., not voting.